**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2455**

THOMAS L. SWITZER,

                  Plaintiff – Appellant,

     v.

SERGEANT DEAN, a/k/a Officer Dean,

                  Defendant – Appellee,

     and

TOWN OF STANLEY; MAYOR DOUG PURDHAM; OFFICER BROWN; MARK
BELTON, Page County Administrator; JOHN THOMAS, Sheriff;
DEPUTY HAMMER; PAGE COUNTY JAIL,

                  Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Michael F. Urbanski,
District Judge. (5:11-cv-00021-MFU-JGW)

Submitted: March 26, 2013        Decided: March 28, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas L. Switzer, Appellant Pro Se. Richard Hustis Milnor,
TAYLOR ZUNKA MILNOR & CARTER, LTD, Charlottesville, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Switzer appeals the district court's order denying his motion for transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Switzer v. Sergeant Dean</u>, No. 5:11-cv-00021-MFU-JGW (W.D. Va. filed Nov. 19 & entered Nov. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>